**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 13, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00485-CV

---

## IN RE EDWARD R. NEWSOME, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Trial Court Cause No. H-01-4556**

---

## MEMORANDUM OPINION

Relator Edward R. Newsome filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator claims indigence and seeks appointment of counsel and a free record in a malpractice and breach of contract suit against an attorney. He also appears to request arbitration of his claims. Relator has not stated that a trial judge has denied these requests. He has not identified the trial court in which his suit was filed or named the trial judge.

Instead, relator has named attorney John Joseph Sutter as respondent.[1] This court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code § 22.221. We lack jurisdiction to grant relief against Sutter. *See In re Newsome,* No. 03-13-00009-CV, 2013 WL 237713 (Tex. App.—Austin Jan. 18, 2013, orig. proceeding) (mem. op.) (dismissing petition naming John Joseph Sutter et al. as respondents and seeking relief against United States District Judge Sim Lake).

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.

---

[1] We take judicial notice that PACER, Public Access to Court Electronic Records, reflects that relator has filed suit against Sutter in the United States District Court for the Southern District of Texas under cause number 01-CV-04556. Section 22.221 of the Texas Government Code does not grant this court authority to issue a writ against a federal judge. *See In re Aranda*, No. 08-04-00167-CV, 2004 WL 1719244 (Tex. App.—El Paso July 29, 2004, orig. proceeding) (mem. op.).